UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA JACKSON SPENCER,                )       | |
|                                                                        )       | |
|          Plaintiff,                                           )       | |
|                                                                        )       | |
| v.                                                                 )       | Cause No. 4:10 CV 2307 RWS |
|                                                                        )       | |
| MICHAEL J. ASTRUE,                               )       | |
| Commissioner of Social Security,              )       | |
|                                                                        )       | |
|          Defendant.                                        )       | |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration.  This matter was referred to United States Magistrate Judge Lewis M. Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  On December 12, 2011, Magistrate Judge Blanton filed his recommendation that the decision of the Commissioner be reversed and that the case be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended ruling noted in the Report and Recommendation of December 12, 2011 and, pursuant to sentence four of 42 U.S.C. § 405(g), will reverse the decision of the Commissioner and remand the case to the Commissioner for further proceedings consistent with the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Blanton is **SUSTAINED, ADOPTED AND INCORPORATED** herein. Pursuant to sentence four of 42 U.S.C. § 405 (g), the decision of the Commissioner is

**REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

                                              _____
                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2011.